# CIVIL MINUTE ENTRY

**BEFORE JUDGE:** GO, Marilyn D. **DATE:** 07/13/2011 **TIME** 10:00 **IN COURT** ___ **HRS** 25 **MINS**

**DOCKET NUMBER:** 11cv288 (JBW) **NAME OF CASE:** Earth Resources International Limited v. Universal Exports et al.

**APPEARANCES:**

**FOR PLAINTIFF:** John Sachs

**FOR DEFENDANT:** James McDonaugh for Universal Exports; David Murphy for UEX, Ferrara

**CASE MANAGER OR MAGISTRATE CLERICAL** Fida Abdallah

**COURT REPORTER: OR ESR OPERATOR** **TAPE LOG** ESR/C 11/18 4161-4738

**INTERPRETER:** **LANGUAGE:**

**Type of Hearing**

Status Conference — ☐ Contested ☑ Non Evidentiary

☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

Hearing ☐ Began ☐ Held

**SHOULD THIS CALENDAR BE SEALED?** ☐ Yes ☑ No

_____ (*Type of Hearing*) scheduled before Judge/Magistrate Judge

on _____ (*Date*) at _____ (*Time*) in Courtroom _____

**Do these minutes contain ruling(s) on Motion(s)?** ☐ Yes ☐ No

**Motion(s) Type and Document # of Motion Ruled On:**

Motion to/for _____ Document # ____ Decision _____

Motion to/for _____ Document # ____ Decision _____

Motion to/for _____ Document # ____ Decision _____

Motion to/for _____ Document # ____ Decision _____

Parties confirm that settlement is not possible in light of plaintiff's view that the goods are non-conforming.  Plaintiff is given leave, with the consent of the other parties, to file an amended complaint by 7/22/11 to add a claim as to non-conforming goods and must advised by that date whether it still seeks to pursue its motion for default judgment [5] against UEX and Ferrara.  Discovery must be completed by 10/24/11.  With the consent of all the parties appearing, this matter will be referred to court annexed arbitration.